JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY GAMBLE,<br><br>               Plaintiff,<br><br>   v.<br><br>CREDIT COLLECTION SERVICES, et al.,<br><br>               Defendants. | Case No. CV 14-6635-GW(JCx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

    IT IS SO ORDERED.

Dated: September 2, 2014           BY THE COURT

                                                     _____
                                                     HONORABLE GEORGE H. WU
                                                     UNITED STATES DISTRICT JUDGE